# 15/599

Date: 12/24/10        DIVIDENDS REMITTED TO THE COURT        Page: 1

mc

Case Number 09-18150 - BRANDON, PATRICK D.

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541 | 000007 | 726.28 | 2.67 | ck 106 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541 | 000008 | 918.65 | 3.38 | ck 107 |
| City of Cleveland<br>Division of Water/NEORSD<br>P O Box 94540<br>Cleveland OH 44101-4540<br>(12-1) unpaid compensation for services performed 07/24/09 to 08/28/09<br>(12-1) angela_irons@clevelandwater.com 03504774005 new account number:2193710000 CC&B | 000012 | 937.77 | 3.45 | ck 110 |
| ---------- Remittance Total ---------- | | 2,582.70 | 9.50 | |

_signature_

TRUSTEE VIRGIL E. BROWN, JR., Trustee

