Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 09−18150−pmc**

**In re:**

| | |
|---|---|
| Patrick D. Brandon<br>1944 Glenridge Road<br>Euclid, OH 44117 | Sherri A. Brandon<br>**Aka** −Sherri A. Horton, Sherri Horton−Brandon<br>1944 Glenridge Road<br>Euclid, OH 44117 |

**Social Security No.:**
xxx−xx−3132

xxx−xx−4010

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Virgil E Brown Jr is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 8, 2011
Form ohnb136

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge